468 A.2d 853

Commonwealth v. Rittenbaugh, Appellant.

Submitted April 28, 1983. Robert Rittenbaugh, appellant, in propria persona;   Thomas

G. Mundhenk, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and POPOVICH, JJ.

Judgment of sentence affirmed.